# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSHUA ROGERS, <br><br> Petitioner, <br><br> v. <br><br> RAYMOND MADDEN, <br><br> Respondent. | Case No. CV 18-03027-SVW (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

  Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. the deadline for filing objections has passed. Petitioner, who is represented by counsel, filed objections after the deadline for filing objections had passed. The Court nonetheless engaged in a de novo review of those portions of the Report and Recommendation to which objections were made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

  IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition as untimely.

Date: April 3, 2019

_____
STEPHEN V. WILSON
United States District Judge