# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSHUA ROGERS, | Case No. CV 18-03027-SVW (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| RAYMOND MADDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed as untimely, and this action dismissed with prejudice.

Date: April 3, 2019

_____
STEPHEN V. WILSON
United States District Judge